HMK/mhb FS 7990

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
COUTINHO & FERROSTAAL, INC.,
formerly known as MAN FERROSTAAL, INC.;
FERROSTAAL METALS GROUP, INC.

                        Plaintiff,        08 CIV 4820 (RMB)(FM)
                                         ECF CASE

   -against-

M/V GETALDIC, her engines, boilers,        **RULE 7.1 STATEMENT**
tackle, etc., ATLANT PANAMAX CORP,
ATLANTSKA PLOVIDBA DD, DAEWOO
LOGISTICS CORP

                        Defendants.
-------------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   MAN FERROSTAAL AG, MAN AG, FERROSTAAL METALS GMBH, COUTINHO & FERROSTAAL GMBH & CO. KG.

Dated: May 22, 2008

                                            KINGSLEY, KINGSLEY & CALKINS
                                            Attorneys for Plaintiff


                                            BY:__/S/_____
                                              HAROLD M. KINGSLEY
                                              91 W. Cherry Street
                                              Hicksville, New York 11801
                                              (516) 931-0064