UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COUTINHO & FERROSTAAL, INC. Et al.

                Plaintiff,

-V-

M/V GETALDIC, et al.

                Defendants.

**CERTIFICATE OF MAILING**

08 CV 4820 (RMB)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**11TH day of June, 2008**

I served the

SUMMONS & VERIFIED COMPLAINT WITH PRAYER FOR MARITIME ATTACHMENT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**23rd day of May, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 944 263 US**

*J. Michael McMahon*
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

May 27, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: COUTINHO & FERROSTAAL, INC. v.
M/V GETALDIC, *et al.*
08 CIV 4820 (RMB)
Our Ref: FS 7990

Sir:

Please serve the enclosed Summons and Complaint on the following defendant of Civil Procedure Rule 4: (f)(2)(c) (ii):

LOVIDBA DD
jia 1

ia

Very truly yours,

[signature]

---

**Receipt for Registered Mail** (PS Form 3806, June 2002)

Registered No. RB632944263US
Reg. Fee $10.80
Handling Charge $0.00
Postage $1.74
Return Receipt $2.20
Restricted Delivery $0.00
Date Stamp 0004 / 12 / 06/11/08

Customer Must Declare Full Value $0.00 — Without Postal Insurance

FROM:
KINGSLEY KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
FS7990

TO:
ATLANT PANAMAX CORP
Od Svetog Mihajia 1
PP 192, 20000
Dubrovnik, Croatia

For delivery information, visit our website at www.usps.com®