UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*U.S. DISTRICT COURT*
*FILED*
**JUN 1 1 2008**
*S.D. OF N.Y.*

| | |
|---|---|
| COUTINHO & FERROSTAAL, INC. Et al. | **CERTIFICATE OF MAILING** |
| Plaintiff, | |
| -V- | |
| M/V GETALDIC, et al. | |
| Defendants. | |
| | 08 CV 4820 (RMB) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**11TH  day of June, 2008**

I served the

SUMMONS & VERIFIED COMPLAINT WITH  PRAYER FOR MARITIME ATTACHMENT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**23rd day of May, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 944 277 US**

*J. Michael McMahon*

CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

May 27, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: COUTINHO & FERROSTAAL, INC. v.
> M/V GETALDIC, *et al.*
> 08 CIV 4820 (RMB)
> Our Ref: FS 7990

Sir:

Please serve the enclosed Summons and Complaint on the following defendant
of Civil Procedure Rule 4: (f)(2)(c) (ii):

AMAX CORP

jia 1

tia

Very truly yours,

[signature]

---

**Registered No.** RP632944277US

| Reg. Fee $ | $10.80 | Date Stamp |
| Handling Charge $ | $0.00 | Return Receipt $ | $2.20 | 0004 |
| Postage $ | $1.74 | Restricted Delivery $ | $0.00 | 12 |
| Received by | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). | 06/11/08 |

Customer Must Declare Full Value $ $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

FROM
KINGSLEY KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
FS 7990

TO
ATLANTSKA PLOVIDBA DD
Od Svetog Mihajia 1 PP 192,20000
Dubrovnik, Croatia

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
June 2002    (See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®