

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COUTINHO & FERROSTAAL, INC. Et al.

                Plaintiff,

-V-

M/V GETALDIC, et al.

                Defendants.

**CERTIFICATE OF MAILING**

08 CV 4820 (RMB)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**30TH day of June, 2008**

I served the

SUMMONS & VERIFIED COMPLAINT WITH PRAYER FOR MARITIME ATTACHMENT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**23rd day of May, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 596293 046 US

                                        J. Michael McMahon
                                        CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

May 27, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: COUTINHO & FERROSTAAL, INC. v.
M/V GETALDIC, *et al.*
08 CIV 4820 (RMB)
Our Ref: FS 7990

Sir:

Please serve the enclosed Summons and Complaint on the following defendant by registered mail pursuant to Federal Rules of Civil Procedure Rule 4: (f)(2)(c) (ii):



DAEWOO LOGISTICS CORP.
6th Flr., Daewoo Center Bldg.
541, 5-GA, Namdaemunno, Seoul
Chung-Gu, 100-714
S. Korea

Very truly yours,

[signature]