USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2008

# Kingsley, Kingsley & Calkins
### ATTORNEYS AT LAW
### Proctors in Admiralty
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

RECEIVED
JUL 07 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

July 3, 2008

Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, RM 650
New York, NY 10007

**MEMO ENDORSED**

RE:  Countinho & Ferrostaal, Inc. v.
M/V GETALDIC, et al.
08 CV 4820 (RMB)(FM)
Our Ref: FS 7990

*[Handwritten endorsement: Conference adjourned to 8/20/08 at 9:15 a.m.]*

SO ORDERED:
Date: 7/7/08
Richard M. Berman, U.S.D.J.

08 CV 4820

Hon. Sir:

   We represent the plaintiff herein. We write to respectfully request an adjournment of the initial pretrial conference scheduled for Tuesday, July 8, 2008, at 9:30 A.M.

   This action was filed on May 23, 2008. All defendants have been served via foreign mailing by the Clerk of the Court however the Clerk's office did not serve defendant Daewoo Logistics Corp. until June 30, 2008. No defendants have yet appeared.

   Thus, as no defendants have yet appeared and in view of the delay by the Clerk in serving defendant Daewoo Logistics, we respectfully request a 60 day adjournment of the initial case management conference at a time convenient for the Court.

   We also enclose courtesy copies of our amended complaint and rule 7.1 statement.

   Thank you.

Respectfully,

*[signature]*

KTM/