LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendants
ATLANT PANAMAX CORP. and
ATLANTSKA PLOVIDBA DD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COUTINHO & FERROSTAAL, INC.,
formerly known as MAN FERROSTAAL, INC.;
FERROSTAAL METALS GROUP, INC.,

                       Plaintiff,                       **ECF CASE**

      - against -                            08 Civ. 4820 (RMB) (FM)

M/V GETALDIC, her engines, boilers, tackle, etc.,
ATLANT PANAMAX CORP., ATLANTSKA
PLOVIDBA DD, DAEWOO LOGISTICS CORP.,

                       Defendants.
------------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for defendants ATLANT PANAMAX CORP. and ATLANTSKA PLOVIDBA DD, certifies upon information and belief that said defendants are not publicly held corporations in the United States and that there are no corporate parents, subsidiaries, or affiliates of defendants which are otherwise publicly held in the United States.

    Dated: July 18, 2008

LYONS & FLOOD, LLP
Attorneys for Defendants
ATLANT PANAMAX CORP. and
ATLANTSKA PLOVIDBA DD.

By: _____/s/ Kirk M. Lyons_____
Kirk M. Lyons (KL-1568)
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

U:\kmhldocs\2563042\Legal\Rule 7.1.doc