# LYONS & FLOOD, LLP
### ATTORNEYS AT LAW
65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

**MEMO ENDORSED**

KIRK M. LYONS
E-Mail: klyons@lyons-flood.com

ADMITTED IN: NEW YORK,
CONNECTICUT, NEW JERSEY,
& MASSACHUSETTS

August 29, 2008

> Application denied. Step on the gas.
>
> SO ORDERED:
> Date: 8/29/08
> Richard M. Berman, U.S.D.J.

**BY MESSENGER**

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:  Countinho & Ferrostaal, Inc., et al. v. GETALDIC, et al.
     08 Civ. 4820 (RBM) (FM)
     Our File: 2563042

Dear Judge Berman:

   We are attorneys for defendants Atlant Panamax Corp. and Atlanska Plovidba DD in this action.

   On behalf of plaintiffs and defendants, we respectfully request that the initial pre-trial conference, which is currently scheduled for September 2, 2008, at 9:00 a.m., be adjourned for an additional sixty (60) days.

   This is the second request for an adjournment of the initial pre-trial conference. We have conferred with plaintiffs' attorney and plaintiffs' consent to the adjournment. The reason for the second adjournment is to allow additional time for co-defendant Daewoo Logistics Corp. to appear in the action.

   We thank you for your attention to this matter.

NEW JERSEY OFFICE
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435   FAX: (201) 569-4438

CONNECTICUT OFFICE
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355   FAX: (203) 661-2577

Respectfully yours,

**Lyons & Flood, LLP**

By: _/s/ Kirk M. Lyons_
Kirk M. Lyons

**BY TELEFAX**

cc: Kingsley Kingsley & Calkins    (516) 931-4313
91 West Cherry Street
Hicksville, NY 11801

Attn: Steven P. Calkins, Esq.

U:\kmh\docs\2563042\Correspondence\Berman 02 ltr.doc