UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

COUTINHO + FERROSTAAL , INC .
                    Plaintiff(s),

                    - v -

M/V GETALDIC , et al.
                    Defendant(s).
-----------------------------------------------------------X

**Case Management Plan**

08 CV.4820(RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by _October 2, 2008_

(ii)    Amend the pleadings by _October 2, 2008_

(iii)   All discovery to be **expeditiously** completed by _Jan, 5, 2009_

(iv)    Consent to Proceed before Magistrate Judge _No_

(v)     Status of settlement discussions _Still awaiting Charterer to appear._
        _1/6/09 with pm update @ 12:45_

**Sections vi through xi will be set at conference with the Court.**

(vi)    Motions_____

(vii)   Oral Argument_____

(viii)  Joint Pre-Trial Order to be submitted by_____

(ix)    Final Pre-Trial Conference_____

(x)     Trial_____

(xi)    Other_____


SO ORDERED:  New York, New York
              _9/2/08_

                                        _RMB_
                                Hon. Richard M. Berman, U.S.D.J.